FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 2 1 2026

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

## United States District Court
### Eastern District of Washington

_____

Jane Doe , Pro Se

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Kadlec Regional medical Center ;
Providence Health and Services.

_____

_____

*(In the space above enter the full name(s) of the defendant(s).
If you cannot fit the names of all of the defendants in the
space provided, please write "see attached" in the space
above and attach an additional sheet of paper with the full list
of names. The names listed in the above caption must be
identical to those contained in Section I. Do not include
addresses here.)*

Case No. 4:26-cv-05060-TOR
(To be filled out by Clerk's
Office only)

## COMPLAINT

Jury Demand?
☒ Yes
☐ No

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from
public access to electronic court files. Under this rule, papers filed with the court should *not*
contain: an individual's full social security number or full birth date; the full name of a person
known to be a minor; or a complete financial account number. A filing may include *only*: the
last four digits of a social security number; the year of an individual's birth; a minor's initials;
and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different
form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other
materials to the Clerk's Office with this complaint.**

## I.    PARTIES IN THIS COMPLAINT

### Plaintiff

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff:    Doe, Jane
             Name (Last, First, MI)

             P.O. Box 17370, Lot #1615
             Street Address

             Ramsey, St. Paul, MN    55117
             County, City         State         Zip Code

             Confidential = (320) 342-0006
             Telephone Number

### Defendant(s)

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:    Kadlec Regional Medical Center
               Name (Last, First)

               888 Swift Blvd.
               Street Address

               Benton, Richland, WA    99352
               County, City         State         Zip Code

Defendant 2:    Providence Health and Services
               Name (Last, First)

               888 Swift Blvd.
               Street Address

               Benton, Richland, WA    99352
               County, City         State         Zip Code

**Defendant(s) Continued**

Defendant 3: _____

Name (Last, First)

_____

Street Address

_____

County, City    State    Zip Code

Defendant 4: _____

Name (Last, First)

_____

Street Address

_____

County, City    State    Zip Code

## II. BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☐ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☐ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☒ **Federal Question:** Claim arises under the Constitution, laws, or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

42 U.S.C. 1983 and Supplemental State Law claims

State Created Danger, Denial of Access to Courts, Stigma Plus, Fraudulent Concealment/Equitable Tolling, Information Privacy, Negligence

Page **3** of **8**

Jurisdiction 28 USC 1331 and 1343 a (3)-(4)
Supplemental 28 USC 1367 (a)

## III.   VENUE

*This court can hear cases arising out of the Eastern District of Washington.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

28 USC 1391 (b)

## IV.   STATEMENT OF CLAIM

Place(s) of occurrence: Kadlec Regional Medical Center Emergency Room at 888 Swift Blvd. Richland, WA 99352

Date(s) of occurrence: July 4, 2012 - July 5, 2012 → 4/24/2025 (Date of Discovery) → Present Date Continued Harm + Injury

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

**FACTS:**

What happened to you?

Please see the attachments and Exhibits as if fully set herein this complaint. Due to limited space with this Complaint form all Factual Allegations, Claims, and Prayer for Relief are attached as Attachment A. Attachment A brings this civil action against Kadlec Regional Medical Center and Providence

Page **4** of **8**

Health and Services by Plaintiff Jane Doe who uses the pseudonym for safety reasons. In this filed Complaint there is TWO copies to be filed. A sealed copy of Attachment A and a Redacted Copy of Attachment A. In Attachment A the Complaint being filed addresses the factual allegations that are documented of the Defendants affirmative conduct in permitting a known or reasonably identifiable violent assailant access to Plaintiff while Plaintiff was hospitalized, incapacitated, on advanced life support due to the assailants assault, and Plaintiff was unable to protect herself while in Kadlec's custody and on Kadlec's premises. Furthermore, while Plaintiff gained conciousness at 4:30am on July 5, 2012 Plaintiff remained in a medically vulverable state and was unable to prevent her unwilling and involuntary removal by the violent assailant who fraudulently discharge Plaintiff just 10 minutes later removing Plaintiff by 4:40am on July 5, 2012. During Plaintiffs incapacitated condition she was unable to protect herself from the Defendants subsequent creation, maintenance, and defense of materially inaccurate medical records that directly shaped law enforcement determinations. Defendants conduct is not isolated but continued through 2025-2026 via record maintence, Date of Plaintiff's disovery April, 24 2025 and Defendants' refusal to correct and ongoing dissemination. Plaintiff brings claims under 42 USC 1983 and state law.

Was anyone else involved?

Claims for Relief: under 42 USC 1983

State Created Danger   (Fourteenth Amendment)
Denial of Access to Courts (First and Fourteenth
                                      Amendments)
Stigma Plus (Fourteenth Amendment)
Information Privacy (Fourteenth Amendment)
Fraudulent Concealment Equitable Tolling
Negligence and related State law claims.

This case concerns not only past conduct, but
ongoing harm resulting from the continued existence,
use, and dissemination of Defendants' records.
Plaintiff alleges that the facts set herein, taken
as true, establish plausible and legally sufficient
claims for relief under controlling federal law.

Plaintiff requests that the Court See:
TWO copies of the Attachments B-G as well as
one copy is filed under seal and the second copy
is filed under Redacted for public access.

Attachment A: Complaint
Attachment B: Motion for Pseudonymity
Attachment C: Motion to Restrict Access and Permit Narrow Sealing
Attachment D: Motion for Protective Order Preventing Dissemination
Attachment E: Jane Doe Declaration
Attachment F: Evidentiary materials Identified for Potential Neutral
Attachment G: Plaintiffs Protected Activity    Review and
            and Federal and Oversight Involvement    Reconciliation
Plaintiff Requests the two copies of Plaintiffs
Psuedonym use under safe-at-home
remain filed ONLY under Seal.

Page 6 of 8

## V.    INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

Plaintiff has sustained Physical Injuries (Permanent Multi-System Trauma), Neurological and Cognitive Harm, emotional and Psychological Harm, Loss of Safety and Increased Risk, Reputational Harm, Economic Damages, loss loss of access to Justice and legal Harm, Ongoing and Future Harm unto 2026. In Attachment A: that is fully set forth herein provides further Injuries and Harm documentation that is fully Incorporated into my Complaint as if fully set forth herein. Date of Discovery is April 24, 2025.

## VI.    RELIEF

The relief I want the court to order is:

[X]    Money damages in the amount of: $ 20,000,000.00

[ ]    Other (explain): (Twenty Million Dollars) Declaratory Relief, Preliminary and Permanent Injunctive Relief, Compensatory Damages, Punitive Damages, Attorney fees, Other Relief. Jury Demand.

In Attachment A: COMPLAINT, it fully Incorporates as this form does too, fully Incorporates Attachment A: COMPLAINT that goes further with factual allegations, Claims for Relief, Injuries, and Prayer for Relief as if fully set forth herein.

## VII.  CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

4/10/2026
_____
Dated

Jane Doe
_____
Plaintiff's Signature

Doe, Jane
_____
Printed Name (Last, First, MI)

P.O. Box 17370, Lot #1615, St. Paul, MN 55117
_____
Address                      City                      State      Zip Code

(320) 342-0006 (Confidential)
_____
Telephone Number

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*